IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS M. THOMAS and<br>KATHLEEN THOMAS, | )<br>)<br>) | 07 C 2228 |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | Judge Lindberg |
| | )<br>) | |
| MORTGAGE ELECTRONIC REGISTRATION<br>SYSTEM, INC. and INDYMAC BANK, F.S.B., | )<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |

### PLAINTIFFS' MOTION FOR ENTRY OF JUDGMENT

Plaintiffs Thomas M. Thomas and Kathleen Thomas hereby respectfully request this Court enter judgment in favor of Plaintiffs against Mortgage Electronic Registration System, Inc. and Indymac Bank, F.S.B., jointly and severally, in the amount of $34,464.70. In support, Plaintiffs state as follows:

1. On June 2, 2008, this Court granted Plaintiffs' Motion for Summary Judgment, holding that Plaintiffs are entitled to rescission under the Truth in Lending Act, 15 U.S.C. §§ 1601 *et seq*. [DE 83].

2. Because Plaintiffs refinanced the loan at issue, Plaintiffs' rescission damages are calculated as the sum of the interest paid along with finance charges and other costs and fees paid at closing. See 15 U.S.C. § 1635(b).

3. On July 3, 2008, the Parties filed a joint stipulation as to the amount of Plaintiffs'

1

rescission damages, fixing the amount at $34,464.70. [DE 97].

4. Because Plaintiffs have refinanced the loan at issue, a judgment against Defendants in the amount of $34,464.70 is necessary for Plaintiffs to receive the relief mandated by this Court's June 2 order.

5. Recent news reports have indicated the defendant Indymac Bank, F.S.B. may be facing imminent bankruptcy or other financial distress. See <u>Exhibit 1</u>. Therefore, Plaintiffs respectfully request judgment against defendants jointly and severally in this matter.

6. Nothing in this Motion is intended to affect Plaintiffs right to attorneys' fees or the amount thereof, which is being currently being briefed pursuant to this Court's order.

WHEREFORE Plaintiffs respectfully request an expedited judgment in favor of Plaintiffs and against Mortgage Electronic Registration System, Inc. and Indymac Bank, F.S.B., jointly and severally, in the amount of $34,464.70.

                      Respectfully submitted,

                      <u>s/ Zachary A. Jacobs</u>
                      Zachary A. Jacobs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Zachary A. Jacobs
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 South LaSalle Street, Suite 1800
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (fax)

# CERTIFICATE OF SERVICE

I, Zachary A. Jacobs, hereby certify that on July 11, 2008, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Todd A Gale tgale@dykema.com

Andrew LeMar alemar@dykema.com

Richard Eric Gottlieb rgottlieb@dykema.com, ifrye@dykema.com

Renee Lynn Zipprich rzipprich@dykema.com, cmandel@dykema.com

s/ Zachary A. Jacobs<br>
Zachary A. Jacobs